■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NISHEY BROWN, Appellant.—Judgment, Supreme Court, Bronx

County (Elbert Hinkson, J.), rendered on March 10, 1987, unanimously affirmed. The order of this court entered on November 29, 1988 (144 AD2d 316) is hereby vacated. No opinion. Concur—Sullivan, J. P., Carro, Milonas and Ellerin, JJ.